UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**COMMONWEALTH OF MASSACHUSETTS**

v.  CIVIL ACTION NO. 15-13048-DJC

**FLORIDA MEN'S MEDICAL CLINIC, ET AL**

### ORDER TO SHOW CAUSE

CASPER, D.J.

A Motion to Remand, D. 6, was filed on 8/6/15. Opposition was due to be filed on 8/20/15. Defendants have failed to file opposition by this deadline. Accordingly, defendant has until 9/16/15 to file an opposition to this motion if they intend to do so.

September 2, 2015

/s/ Lisa M. Hourihan
-------------------------
Deputy Clerk