UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS
        Plaintiff(s)

V.                                      CIVIL ACTION NO. 1-10348-DJC

FLORIDA MEN'S MEDICAL CLINIC, LLC, ET AL
        Defendant(s)

CASPER, D.J.

## ORDER OF REMAND

In accordance with the Court's allowance of the plaintiff's Motion to Remand on September 24, 2015; it is hereby ORDERED:

Case is REMANDED to Suffolk County Superior Court.

                                                      Robert M. Farrell, Clerk

September 24, 2015                                By: /s/ Lisa M. Hourihan
                                                               Deputy Clerk